UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: PETITION OF MOODY
GRAY, LLC as titled owner and
MATTHEW McNULTY as owner
pro hac vice of and for a 2001
Cabo 45' Express Sport Fisher,
Hull Identification Number
CHXD0058K001, her engines,
tackle, and appurtenances, for
Exoneration from or Limitation
of Liability.

                                             Case No.:  2:22-cv-308-SPC-KCD

_____/

# ORDER[1]

Before the Court is the parties' Joint Stipulation to Stay Action (Doc. 39), which the Court construes as a Motion. The Court grants the Motion and stays this maritime case.

Accordingly, it is now

**ORDERED:**

1. The parties' Joint Stipulation to Stay Action (Doc. 39) is **GRANTED**.

2. The Court approves and adopts the parties' stipulations (Doc. 39) and incorporates them by reference in this Order.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

3. This case is **STAYED** pending resolution of the state-court action.

4. The parties must **FILE** a joint status report on the progress of the state-court action **on January 16, 2023**, and every **six (6) months** after.

5. Within **seven (7) days** of the state-court action resolving, the parties must **FILE** a notice saying as much and indicating whether further proceedings are necessary here.

6. The Clerk is **DIRECTED** to **ADD** a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on July 14, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record